UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAHAIRA GARCIA-YARA<br>LUIS O. YARA,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>       Defendants. | Civil Action no. 06 CV 426<br>(Weinstein, J.)<br><br>**The Yaras' Notice of Dismissal** |

Under Rule 41(a), the plaintiffs Yahaira Garcia-Yara and Luis O. Yara dismiss this case without prejudice. They have the right to do that because the defendant, United States Citizenship and Immigration Services, has not answered the Yaras' complaint, and also because this is the first time that the Yaras have dismissed this case under Rule 41(a).

26 July 2006
New York, NY

Respectfully submitted,

_____/s/_____
Stephen A. Katz, attorney for Mr. and
 Mrs. Garcia-Yara
Stephen A. Katz, P.C.
111 John Street, Suite 800
New York, N.Y. 10038-3180
(212) 349-6400

*[Handwritten notation: "Case dismissed. So ordered. /s/ JBW 8/2/06"]*